In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00011-CV**

_____

**IN RE CITY OF BEAUMONT, KENNETH R. WILLIAMS,
IN HIS OFFICIAL CAPACITY AS CITY MANAGER,
AND EARL WHITE, IN HIS OFFICIAL CAPACITY AS FIRE CHIEF**

_____

**Original Proceeding
136th District Court of Jefferson County, Texas
Trial Cause No. D-210950**

_____

## ORDER

The City of Beaumont, Kenneth R. Williams, in his official capacity as City Manager, and Earl White, in his official capacity as Fire Chief, Relators, filed a petition for a writ of mandamus. *See* Tex. R. App. P. 52. Relators are defendants in Trial Cause Number D-210950, *International Association of Firefighters Local 399 v. The City of Beaumont, Kenneth R. Williams, in his official capacity as City Manager, and Earl White, in his official capacity as Fire Chief.* Relators seek a writ compelling the Honorable Baylor Wortham, Judge of the 136th District Court of

1

Jefferson County, Texas, to dissolve a temporary restraining order, and prohibit the trial court from taking any action in Trial Cause Number D-210950 that would effectively enforce the judgment in Trial Cause Number B-210244, a judgment that Relators have appealed in Appeal Number 09-22-00413-CV. *See* Tex. Gov't Code Ann. § 22.221.

Relators' mandamus petition seeks mandamus relief and asks for emergency relief from a temporary injunction hearing which is set for January 13, 2023. The Court finds temporary relief is necessary to avoid undue prejudice and to protect the Court's jurisdiction. It is ORDERED that all further proceedings in Trial Cause Number D-210950, including any hearing on a temporary restraining order or temporary injunction, are STAYED until our opinion issues in this original proceeding or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relators as a condition to any relief herein granted.

The response of the Real Party in Interest, International Association of Firefighters Local 399, is due January 23, 2023.

TEMPORARY RELIEF GRANTED.

ORDER ENTERED January 12, 2023.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.

2